UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN MIGUEL GONZALEZ,<br><br>      Petitioner,<br><br>  v.<br><br>MERRICK B GARLAND, Attorney General, et al.,<br><br>      Respondents. | Case No. C21-0193-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

  Proceeding pro se, petitioner initiated this 28 U.S.C. § 2241 immigration habeas action challenging his continued immigration detention and seeking release from custody. (Dkt. 1.) He also requested the appointment of counsel. The Court issued an Order for Return and Status Report. (Dkt. 5.) The government subsequently filed a Motion to Dismiss, advising the Court that, on March 10, 2021, United States' Immigration and Customs Enforcement ("ICE") released petitioner from custody on an order of supervision. (Dkts. 6-7.) The government now requests dismissal of this action as moot. (*Id*.)

  Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . .

REPORT AND RECOMMENDATION - 1

there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition seeks release from detention, his claims have now been fully resolved. *See id.* at 1065. There is no collateral consequence that could be redressed by the Court and petitioner's habeas petition should be dismissed as moot. *See id.*

The Court thus recommends the government's Motion to Dismiss (Dkt. 6) be GRANTED and this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 14, 2021**.

Dated this 21st day of April, 2021.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2